

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00144-CR
_____

JERONIMO MIGUEL CABRERA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2018F00361

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Jeronimo Miguel Cabrera appeals his conviction of indecency with a child by sexual contact for which he was sentenced to twenty years' incarceration.[1] This case was tried with two companion cases that are the subject of other appeals pending before this Court.[2] Cabrera filed a single brief covering his three appeals in which he challenges the trial court's determination of the outcry witness.

The argument raised in this appeal is based exclusively on the argument brought before this Court in the companion appeal styled *Cabrera v. State*, cause number 06-19-00142-CR. In our opinion of this date disposing of that appeal, we found that the trial court acted within its discretion in determining the outcry witness. For the reasons stated in that appeal, we overrule Cabrera's sole issue in this appeal.

We affirm the trial court's judgment.

Ralph K. Burgess
Justice

Date Submitted:     February 11, 2020
Date Decided:     February 12, 2020

Do Not Publish

---

[1]*See* TEX. PENAL CODE ANN. § 21.11.

[2]Cabrera also appeals his conviction of a second count of indecency with a child by sexual contact and his conviction of aggravated sexual assault of a child. We address these appeals in opinions released the same date as this opinion in our cause numbers 06-19-00142-CR and 06-19-00143-CR.

2